**David Mills BECKER Plaintiff-Appellant**

v.

**Dennis CROW; Robert Erlandson; Loyd Krein; Pete Freid; Roughrider Industries; NDSP Defendants-Appellees**

No. 16-4138

United States Court of Appeals, Eighth Circuit.

Submitted: August 31, 2017

Filed: September 8, 2017

David Mills Becker, Pro Se

Matthew A. Sagsveen, Assistant Attorney General, Attorney General's Office, Bismarck, ND, for Defendants-Appellees Dennis Crow, Roughrider Industries, NDSP

Jagorca Ana Juric, Assistant Attorney General, Matthew A. Sagsveen, Assistant Attorney General, Attorney General's Office, Bismarck, ND, for Defendants-Appellees Robert Erlandson, Loyd Krein, Pete Freid

Before COLLOTON, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

David Becker appeals from the order of the District Court[1] granting summary judgment in favor of the remaining defendants in his 42 U.S.C. § 1983 action.

After review, we conclude that summary judgment was proper for the reasons explained by the district court. See Ebersole v. Novo Nordisk, Inc., 758 F.3d 917, 923 (8th Cir. 2014) (standard of review). The judgment is affirmed. See 8th Cir. R. 47B. Becker's motion for appointment of counsel is denied.

---

1. The Honorable Daniel L. Hovland, Chief Judge, United States District Court for the District of North Dakota, adopting the report and recommendation of the Honorable Charles S. Miller, United States Magistrate Judge for the District of North Dakota.